1  PETER L. SIMON (SBN 178393)
   BEYERS | COSTIN
2  200 Fourth Street, Suite 400
   Post Office Box 878
3  Santa Rosa, California  95402-0878
   Telephone: (707) 547-2000
4  Facsimile:  (707) 526-2746

5  Attorneys for Plaintiff
6  LANDON McPHERSON

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA / OAKLAND DIVISION

10

11 LANDON McPHERSON,                          CASE NO.  C 12 4802 KAW

                                              (Unlimited Civil)
12                   Plaintiff,

        vs.                                   **ORDER RE MOTION FOR**
13                                            **PERMISSION TO APPEAR BY**
                                              **TELEPHONE FOR CASE**
14 VIRTUAL DESIGN HOUSE, INC., a Missouri corporation;  **MANAGEMENT CONFERENCE**
   GLENN TAYLOR & ASSOCIATES, INC., a Minnesota
15 corporation; FINANCIAL FIRST, INC., a Minnesota       **Date:   December 18, 2012**
   corporation, dba FINANCIAL FIRST DEBT RELIEF;          **Time:   1:30 p.m.**
16 FINANCIAL WELLNESS CENTER, LLC, a California           **Ctrm:   4 (3rd Floor)**
   limited liability company; DEBTWORKS SCORE;            **The Hon. Kandis A. Westmore**
17 TIMOTHY HARRIS aka TIMOTHY G. HARRIS;
   AMY HARRIS and DOES 1- 10, inclusive,
18
19                   Defendants.

20

21                          <u>ORDER</u>

22     The Court hereby grants the motion for counsel for Plaintiff Landon McPherson, Peter Simon,

23 to appear by telephone at the Case Management Conference scheduled for December 18, 2012 at

24 1:30 p.m., in Courtroom 4, before The Honorable Kandis A. Westmore.

25     **IT IS SO ORDERED.**

26

27 Dated: December 3, 2012                    _____
                                              United States ~~District Court~~ Judge
28                                                        Magistrate

                                   1

Order Re Motion for Permission to Appear By Telephone for Case Management Conference (12/18/12 CMC)

Counsel shall comply with Judge Westmore's Procedures for Telephonic Appearances. See
cand.uscourts.gov/kaworders.