PETER L. SIMON (SBN 178393)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: (707) 547-2000
Facsimile: (707) 526-2746

Attorneys for Plaintiff
LANDON McPHERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA / OAKLAND DIVISION

| | |
|---|---|
| LANDON McPHERSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VIRTUAL DESIGN HOUSE, INC., a Missouri corporation; GLENN TAYLOR & ASSOCIATES, INC., a Minnesota corporation; FINANCIAL FIRST, INC., a Minnesota corporation, dba FINANCIAL FIRST DEBT RELIEF; FINANCIAL WELLNESS CENTER, LLC, a California limited liability company; DEBTWORKS SCORE; TIMOTHY HARRIS aka TIMOTHY G. HARRIS; AMY HARRIS and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 12 4802 KAW<br><br>(Unlimited Civil)<br><br>**ORDER RE MOTION FOR PERMISSION TO APPEAR BY TELEPHONE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:　December 18, 2012<br>Time:　1:30 p.m.<br>Ctrm:　4 (3rd Floor)<br>The Hon. Kandis A. Westmore |

### ORDER

The Court hereby grants the motion for counsel for Plaintiff Landon McPherson, Peter Simon, to appear by telephone at the Case Management Conference scheduled for December 18, 2012 at 1:30 p.m., in Courtroom 4, before The Honorable Kandis A. Westmore.

**IT IS SO ORDERED.**

Dated: December 3, 2012

　　　　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　　　United States ~~District Court~~ Judge
　　　　　　　　　　　　　　　　　　　　　　Magistrate

1

Order Re Motion for Permission to Appear By Telephone for Case Management Conference (12/18/12 CMC)

Counsel shall comply with Judge Westmore's Procedures for Telephonic Appearances. See cand.uscourts.gov/kaworders.