DILLINGHAM & MURPHY, LLP
BARBARA L. HARRIS CHIANG (SBN 206892)
J. CROSS CREASON (SBN 209492)
601 California Street, Suite 1900
San Francisco, California 94108
Telephone:  (415) 397-2700
Facsimile:   (415) 397-3300

ATTORNEYS FOR DEFENDANTS
VIRTUAL DESIGN HOUSE, INC.,
GLENN TAYLOR & ASSOCIATES, INC.,
FINANCIAL FIRST, INC.,
FINANCIAL WELLNESS CENTER, LLC;
TIMOTHY HARRIS, and AMY HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LANDON MCPHERSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VIRTUAL DESIGN HOUSE, INC., a Missouri corporation; GLENN TAYLOR & ASSOCIATES, INC., a Minnesota corporation; FINANCIAL FIRST, INC., a Minnesota corporation, dba FINANCIAL FIRST DEBT RELIEF; FINANCIAL WELLNESS CENTER, LLC; a California limited liability company; DEBTWORKS SCORE; TIMOTHY HARRIS aka TIMOTHY G. HARRIS, AMY HARRIS and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. C 12 4802 KAW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE FEBRUARY 19, 2013 CASE MANAGEMENT CONFERENCE |

1     A Case Management Conference is scheduled in this matter on February 19, 2013, at
2 1:30 p.m. Barbara Harris Chiang, counsel for defendants VIRTUAL DESIGN HOUSE, INC.,
3 GLENN TAYLOR & ASSOCIATES, INC., FINANCIAL FIRST, INC., FINANCIAL
4 WELLNESS CENTER, LLC; TIMOTHY HARRIS, and AMY HARRIS, received a Summons
5 for Jury Service from the United States District Court, Northern District of California, San
6 Francisco Division, service of which begins February 19, 2013 and continues through March 4,
7 2013. Mrs. Chiang has requested the Case Management Conference be continued to March 5,
8 2013, the day after her jury service is anticipated to conclude.

9     Based on the foregoing, there is good cause to continue the Case Management
10 Conference from February 19, 2013 to March 5, 2013 at 1:30 p.m.

11     IT IS SO ORDERED.

13 Dated: February 5, 2013         *Kandis Westmore*
14                       HON. KANDIS A. WESTMORE
                         UNITED STATES MAGISTRATE JUDGE