1  DILLINGHAM & MURPHY, LLP
   BARBARA L. HARRIS CHIANG (SBN 206892)
2  J. CROSS CREASON (SBN 209492)
   601 California Street, Suite 1900
3  San Francisco, California 94108
   Telephone:  (415) 397-2700
4  Facsimile:   (415) 397-3300

5

6  ATTORNEYS FOR DEFENDANTS
   VIRTUAL DESIGN HOUSE, INC.,
7  GLENN TAYLOR & ASSOCIATES, INC.,
   FINANCIAL FIRST, INC.,
8  FINANCIAL WELLNESS CENTER, LLC;
   TIMOTHY HARRIS, and AMY HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| LANDON MCPHERSON | CASE NO. C 12 4802 KAW |
| --- | --- |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER TO CONTINUE FEBRUARY 19, 2013 CASE MANAGEMENT CONFERENCE |
| VIRTUAL DESIGN HOUSE, INC., a Missouri corporation; GLENN TAYLOR & ASSOCIATES, INC., a Minnesota corporation; FINANCIAL FIRST, INC., a Minnesota corporation, dba FINANCIAL FIRST DEBT RELIEF; FINANCIAL WELLNESS CENTER, LLC; a California limited liability company; DEBTWORKS SCORE; TIMOTHY HARRIS aka TIMOTHY G. HARRIS, AMY HARRIS and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

(Note: "PROPOSED" is struck through in the caption.)

1  A Case Management Conference is scheduled in this matter on February 19, 2013, at 1:30 p.m.  Barbara Harris Chiang, counsel for defendants VIRTUAL DESIGN HOUSE, INC., GLENN TAYLOR & ASSOCIATES, INC., FINANCIAL FIRST, INC., FINANCIAL WELLNESS CENTER, LLC; TIMOTHY HARRIS, and AMY HARRIS, received a Summons for Jury Service from the United States District Court, Northern District of California, San Francisco Division, service of which begins February 19, 2013 and continues through March 4, 2013.  Mrs. Chiang has requested the Case Management Conference be continued to March 5, 2013, the day after her jury service is anticipated to conclude.

Based on the foregoing, there is good cause to continue the Case Management Conference from February 19, 2013 to March 5, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: February 5, 2013

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE