PETER L. SIMON (SBN 178393)
BEYERS | COSTIN
200 Fourth Street, Suite 400
Post Office Box 878
Santa Rosa, California  95402-0878
Telephone: (707) 547-2000
Facsimile:  (707) 526-2746

Attorneys for Plaintiff
LANDON McPHERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LANDON MCPHERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRTUAL DESIGN HOUSE, INC., et al.,<br><br>    Defendants. | CASE NO. C 12 4802 KAW<br>Magistrate Judge<br>Kandis A. Westmore<br><br>~~SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT; PROPOSED~~ ORDER<br><br>Date:           March 5, 2013<br>Time:           1:30 p.m.<br>Courtroom:   4 |

The parties supplement their initial case management statement, filed on December 11, 2012, as follows:

The parties have exchanged initial disclosures and Plaintiff has provided all documents to Defendants.  The parties have presented to the Court a stipulation for a protective order that will cover the production of Defendants' financial information which is needed for a mediation.  The parties have tentatively scheduled a mediation for April 23, 2013.  The parties request that the case management conference be continued 90 to 120 days to allow the parties to attend mediation.

1

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER

```
                                          BEYERS | COSTIN

Dated:  March 1, 2013             By: _____
                                          PETER L. SIMON
                                          Attorneys for Plaintiff
                                          Landon McPherson



Dated:  March 1, 2013             DILLINGHAM & MURPHY, LLP
                                  BARBARA L. HARRIS CHIANG


                                  BY: _____
                                          Attorneys for Defendants VIRTUAL
                                          DESIGN HOUSE, INC., GLENN
                                          TAYLOR & ASSOCIATES, INC.,
                                          FINANCIAL FIRST, INC., FINANCIAL
                                          WELLNESS CENTER, LLC; TIMOTHY
                                          HARRIS, and AMY HARRIS
```

   IT IS HEREBY ORDERED that the Case Management Conference is continued to June 11, 2013.

Dated: March 1, 2013               _____/s/ Kandis Westmore_____
                                   MAGISTRATE JUDGE KANDIS A. WESTMORE

2

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER